JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MARQUECE LAMAR HOLLINGSWORTH,<br><br>Petitioner,<br><br>v.<br><br>ROBERTO A. ARIAS,<br><br>Respondent. | Case No. CV 25-01844-PA (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Date:  February 19, 2026

_____
PERCY ANDERSON
United States District Judge